Donna MILLER, Petitioner,

v.

DEPARTMENT OF AGRICULTURE, Respondent.

No. 2006–3185.

United States Court of Appeals, Federal Circuit.

July 6, 2006.

Donna Miller, pro se.

## ORDER

Donna Miller has complied with the court's order of June 1, 2006.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The order of dismissal and the mandate be, and the same hereby are, vacated and recalled, and the petition for review is reinstated.

(2) Pursuant to the court's order, the respondent's brief will be due within twenty one (21) days of reinstatement.